IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVIEL POLANCO,                          :
                                         :
                    Plaintiff,           :        CIVIL ACTION NO. 21-5187
                                         :
          v.                             :
                                         :
NATIONAL MAINTENANCE & BUILD             :
OUT COMPANY, LLC., ET AL.,               :
                                         :
                    Defendants.          :

## ORDER

**AND NOW**, this 8th day of April, 2022, it having been reported that the parties have settled the above-captioned action, and the Court finding that the parties have reasonably resolved this bona fide dispute, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

The Court shall retain jurisdiction for a period of ninety (90) days while the parties finalize the written settlement agreement.

BY THE COURT:


By: */s/ Shana Restucci*
  Shana Restucci, Civil Deputy Clerk
  The Honorable Edward G. Smith
  Shana_Restucci@paed.uscourts.gov